IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN MOROSE VILIENA<br><br>Defendant | Criminal No.  23-10074-FDS |

# GOVERNMENT'S MEMORANDUM FOR INITIAL STATUS REPORT

The government submits this memorandum addressing the issues set out in Local Rule 116.5(a).[1]

1.  Status of Automatic Discovery and Any Pending Discovery Request

On April 13, 2023, the government produced automatic discovery as required under the Local Rules.

2.  The Timing of Any Additional Discovery to be Produced

The government will make such further and pre-trial disclosures as are required by law.

3.  The Timing of Any Additional Discovery Requests

The government assumes that the defendant is still in the process of reviewing discovery and does not yet know whether he intends to seek any further discovery requests.

4.  The Timing of Pretrial Motions

The government assumes that the defendant does not yet know whether he intends to file any substantive motions.

5.  The Timing of Expert Witness Disclosures

---

[1] I have not been able to reach defendant's counsel.

The defendant has requested expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

8. <u>Excludable delay</u>

The government requests that the Court exclude the time from May 23, 2023, until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time to produce and review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

8. <u>Interim status conference</u>

The government requests an additional forty five days for an interim status conference.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   <u>/s/ Laura J. Kaplan</u>
Laura J. Kaplan
Assistant U.S. Attorney

Boston, MA 02110