IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN MOROSE VILIENA<br><br>Defendant | Criminal No.  23-10074-FDS |

**JOINT MEMORANDUM FOR STATUS REPORT**

The parties jointly submit this memorandum addressing the issues set out in Local Rule 116.5(a).

1. <u>Status of Automatic Discovery and Any Pending Discovery Request</u>

On April 13, 2023, the government produced automatic discovery as required under the Local Rules.

2. <u>The Timing of Any Additional Discovery to be Produced</u>

The government will make such further and pre-trial disclosures as are required by law.

3. <u>The Timing of Any Additional Discovery Requests</u>

The defendant informs the court, pursuant to Local Rule 116.1(f), that this is a complex case which involves the defendant's alleged false statements concerning separate incidents in western Haiti in 2007 and 2008.  These incidents involve dozens of witnesses, most of whom are in Haiti and speak Haitian Creole. Effective representation by defense counsel is expected to require investigation both in the United States and in Haiti. Investigation will be challenged by the current United States Department of State Travel Advisory, issued May 17, 2023, placing Haiti on Level 4 - Do Not Travel status due to "widespread" kidnapping, a rise in "mob killings against presumed criminals," robbery, carjacking and other violent crime, political protests and

demonstrations and an overall lack of emergency services, medical services and other basic resources and infrastructure.[1]  As such, the defendant requests an alternative discovery schedule.

    4.    <u>The Timing of Pretrial Motions</u>

The defendant does not yet know whether he intends to file any substantive motions.

    5.    <u>The Timing of Expert Witness Disclosures</u>

The defendant has requested expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

    8.    <u>Excludable delay</u>

The government requests that the Court exclude the time from July 11, 2023, until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time to produce and review discovery in this case.  The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

    8.    <u>Interim status conference</u>

The parties request an additional forty five days for a further interim status conference.

    Respectfully submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By:    <u>/s/ Laura J. Kaplan</u>
    Laura J. Kaplan
    Assistant U.S. Attorney

---

[1] https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/haiti-travel-advisory.html

JEAN MOROSE VILIENA
By his Attorneys,

*/s/ Julie-Ann Olson*
Julie-Ann Olson, Bar No. 661464

*/s/ Scott Lauer*
Scott Lauer, Bar No. 667807

Federal Public Defender, D. Mass
51 Sleeper Street – 5th Floor
Boston, MA 02210
(617) 223-8061

Boston, MA 02110