IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.

**JEAN MOROSE VILIENA**

**Defendant**

Criminal No. 23-10074-FDS

# JOINT MEMORANDUM FOR STATUS REPORT

The parties jointly submit this memorandum addressing the issues set out in Local Rule 116.5(a).

1. <u>Status of Automatic Discovery and Any Pending Discovery Request</u>

On April 13, 2023, and continuing thereafter, the government produced automatic discovery as required under the Local Rules.

2. <u>The Timing of Any Additional Discovery to be Produced</u>

The government will make such further and pre-trial disclosures as are required by law.

3. <u>The Timing of Any Additional Discovery Requests</u>

Defendant's review of the government's discovery remains ongoing.

4. <u>The Timing of Pretrial Motions</u>

It is not yet known whether the defendant will file pretrial motions.

5. <u>The Timing of Expert Witness Disclosures</u>

The defendant has requested expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

6. <u>Excludable delay</u>

The government requests that the Court exclude the time from April 16, 2024, until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time to produce and review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

7. <u>Interim status conference</u>

The government requests that the case be transferred to the district court for the setting of a trial date. This case is over one year old and there are victims and witnesses that are waiting for a trial.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   <u>/s/ Laura J. Kaplan</u>
Laura J. Kaplan
Assistant U.S. Attorney


JEAN MOROSE VILIENA

By his Attorneys,

<u>/s/ Jason Benzaken</u>
Jason Benzaken
Benzaken & Wood
1342 Belmont St., STE 102
Brockton, MA 02301

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Laura J. Kaplan
Laura J. Kaplan
Assistant United States Attorney

Date: April 8, 2024