IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JEAN MOROSE VILIENA**<br><br>**Defendant** | Criminal No.  23-10074-FDS |

## JOINT MOTION FOR TRANSFER OF CASE TO DISTRICT COURT

The parties jointly submit this motion requesting that the case be transferred to the district court for the setting of a trial date. The parties previously set out the issues in Local Rule 116.5(a) and agree that this case is now ready to be transferred to the district court for the setting of a trial date.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/  Laura J. Kaplan
Laura J. Kaplan
Assistant U.S. Attorney


JEAN MOROSE VILIENA

By his Attorneys,

/s/ Jason Benzaken
Jason Benzaken
Benzaken & Wood
1342 Belmont St., STE 102
Brockton, MA 02301