UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 23-10074-FDS

UNITED STATES OF AMERICA

v.

JEAN MOROSE VILIENA

**FINAL STATUS REPORT**

April 22, 2024

Boal, M.J.

An interim status conference was scheduled for May 16, 2024, pursuant to the provisions of Local Rule 116.5(b). Based on the parties' joint status report and motion, see Docket Nos. 63, 66, this Court reports the following:

1. The parties request that the case be transferred to the District Judge assigned to this case for an initial pretrial conference.

2. The parties have produced all discovery they intend to produce at this time.

3. There are no outstanding discovery requests or discovery motions at this time.

4. There are no outstanding motions under Fed. R. Crim. P. 12(b).

5. Based upon the orders of the Court dated May 23, 2023, July 5, 2023, August 29, 2023, September 11, 2023, September 19, 2023, October 26, 2023, December 6, 2023, February 13, 2024, and April 12, 2024, as of the date of this report, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. In addition, this Court has excluded the time until May 16, 2024.

    / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE