# EXHIBIT O

Translation from Soccer Game Video

20190804_192919  and     20190804_193437

Male 1: (The announcer): Yes Yes Yes. Anyway, [U], I have with me the sponsor the sponsor who is with us here, who is the director of the foundation L Viliena, who is going to introduce himself, and who has a couple of words for us. I wish that everyone will pay attention to what he's going to say, from what he's going to say you will find a message that may change the future for our youth. Okay! (Announcer passes the microphone to the male standing on his right.

Male 2: 00:34 (Takes the microphone from the announcer and tells him): Comte, thank you very much and I want to say thank you for this activity that you're able to have because it's already a victory for the population in the region of Les Irois. (Addressing the crowd) I want you to clap a big clap for Chris Lecomte. (The crowd claps and continues clapping as he raises his left arm and hand extended in the air) saying

Male 2: 00:51 Population of Les Irois, good evening! Population of Les Irois good evening!

Crowd : 00:55 (responds) Good evening! Good evening

Male 2: 00:56 Tonight we are taking advantage of this moment to congratulate "Pale Cho" and the team "Atlhetico" who have proven how civilized they are inside the city of Les Irois. A championship that started well without any incidents and ended well without any incidents.

Male 1: 01:13 (the announcer picks a large and small trophy off a table behind then and holds them up to be seen by the crowd)

Male 2: 01:14 ( continues) I am rapidly telling you that I created a foundation to continue to participate with the youth of Les Irois with whoever the person who wants to continue the development of the "griyo" whether it is in education, whether in sports or whether it is in health to give our participation. It is in that context that when you consider a youth like Chris Lecomte who evolved in soccer and who has done a lot of things in soccer. This foundation that was created in honor of my father who is Lessage Viliena because he invested a lot in my education, I said let's start by giving to Christian Comte an honor for what he accomplished in soccer in Irois and we said let's sponsor this soccer championship with Christian Compte and we gave him the possibility to decide all that he wants to do and what award he wants to distribute and what he wants to give to the teams and that's the context in which we arrived at this championship today.

We are not staying long to say a lot, what we want to say to you is that the foundation L Viliena will continue to participate in all the activities that are taking place and also in the area of education also

Male 2: 02:41 Listen, listen, listen well to what I am saying , Listen well to what I am saying, listen to what I am saying, in the area of education , the L Viliena, the championship, eh the foundation L Viliena has set aside a demi scholarship for the student that has come out of primary school, who has the highest score passing the primary school national exams in Les Irois and whatever school he/she wants to go to, the foundation will offer him/her a demi scholarshiphalf tuition scholarship for a year. That means he/she will have to present themselves in front of the board of directors of the foundation with a certificate given by the inspector of the area stating that, that student has the highest score in the national primary school exams that just took place and will tell the name of the school he/she wants to go to and the foundation will give him/her a demi scholarship for a year. So we cannot talk a lot, we are about to start with handing out the awards and I think it's the organizer Christian who is going to say

20190804_192919  and      20190804 _193437

who is the champion , who is the vice champion and with whom he's going to start and to whom he's giving the award first and I will hand the award to them.

Male 1:          02:48   Yes, Yes, Yes. Clap bravo clap bravo clap bravo. ( the crowd claps continuously) A lot of beautiful things, beautiful things. The foundation will participate in education and we know what education represents for us. Okay, So now we will pass at delivery of trophies. (holding a large trophy ) Let's put this back there first. They said he has something in his hands, yeah!. ( turns back, facing forward )  He has something in his hands? (cheering the crowd ) Yell out yeaaaaaaaaaaaaaaaah

Crowd:          4:12 Yeaaaaahhhhhhh and clapping , rejoicing

Male 1:          04:23   We're asking, we're asking…we're going to start with the trophies, the referees guys!

Crowd :         04:27   A voice in the crowd responds , the referees left already, the referees left.

Male 1:          04:30 The public please, are the referees there? We will thank the referees. Where are the referees? Are the referees there? The referees aren't there?  I am telling the referees, after that you will meet with me, and after that I'll hand you out your trophies so we don't waste time ok?  We prefer to honor your team first and I am saying to the referees a huge, huge, huge thank you.  Thank you so so much to the public.  But we…

20190804_192919  and     20190804 _193437

**20190804_193437**

| | | |
|---|---|---|
| Crowd: | 00:45 | (lot of claps for a few minutes) |
| Male 1: | 00:00 | Hey Cedres, it's Seneque, Seneque , Seneque, Seneque who {U} the competition. |
| Crowd: | 00:12 | (Clappings as a young man walks through toward the announcer, |
| Male 1: | 00:16 | Seneque can you climb up next to us over here (Male 2 helps him climb up to join them where they are standing) . In the background noises of the crowd talking and the rumbling of a motorcycle very loudly. While announcer/organizer bends down and pulls out some envelopes out of a backpack) |
| Male 1: | 00:45 | That's it we have with us Seneque Who is the best goalkeeper who is about to get his trophy from mayor Viliena who is the director of this foundation ok. ( And  passes the mic to male 2 |
| Male 2: | 00:54 | Seneque congratulations for this huge amount of work you did this afternoon in Les Irois, okay? ( Male1 passes an envelope to Male 2 who hands the mic to Seneque. |
| Seneque: | 01:01 | So many thanks to the fans of {U}It's a great pleasure for me to be the champion of Amnetico[U}   the fans of {U}  please |
| Crowd: | 01:11 | Clappings and joyful noises (in response to Seneque's statement) |
| Seneque: | 01:18 | to the team and this championship I say many thanks [U]( then passes the microphone to Male 2 who passes it to the announcer as Male 2  hands an envelope to Seneque with a handshake) |
| Male1: | 01:26 | Mr Seneque, we say thanks to you and if there is a word you could say to this foundation, what would you wish it? the L Viliena foundation ? |
| Seneque: | 01:36 | L Viliena, that the thing continues to work, that they continue to do it  because I like the activity a lot okay?  Don't be discouraged, and that nothing bad happens on the field [U] and I say thank you for what the organization has done, that there is no violence and everything went very well. |
| Male 1: | 01:48 | Ok ok thank you very much,  [U]  Hold firm, don't let go.  Great things! ( Seneque |
| Seneque | 01:48 | Ok many thanks. I want to thank [U] and turns toward Male 2 and shakes his hand again) |
| Crowd: | | Clappings |
| Male 1: | 02:10 | Our second trophy and All the prizes that are going to be given is by the grace of the foundation  L Viliena that is lead by mayor, heh  ex mayor Viliena Jean Morose, ok? We are now asking for the [U ]of  the completion to stob by here and if he's not there to represent his team |

20190804_192919  and    20190804 _193437

representative Jeff and if he's not there,thank you Jeff for being part of the competition. He benefited of this trophy thanks to L Viliena foundation. A big clap please. Clap clap, clap , it's the first time that has happened around here. I'll hold it for Jeff. I might go by his vicinity and will give it to him. Thank y ou Jeff,

Crowd:           02:55   Here he comes , he's coming,  there he comes

Male 1:          02:58   They tell me he's here.They tell me he's here , yes!( A young man walks through the crowd and is helped up the podium. The announcer bends down to get an envelppe and a trophy from a bag that he passes to Male 2. He continues:)  My dear friends, things at home  have deficiencies with people scoring goals.  It is an event for us when we find someone who's scoring goals in the competitions, so in order to encourage them to continue to score goals even when they go out so they become goals in order to make the heart of the fans happy.  Please make a big clap for Jeff for winning this competition.  Clap clap clap clap (as the crowd claps) Ok,ok,ok ok ( announcer rolls his tong as he yells out eLLLLLLLLL VVVViliena  what a great thing!

Male 2:          03:53   the ex mayor gives him a handshake and presents Jeff an envelope and a small trophy that Jeff kisses. The sponsor holds the envelope to free Jeff's hand as the announcer hands him a microphone)

Male 1:          04:06   Jeff if there's a word you want to say to  the public specially to the L Viliena foundation and sponsor ex mayor Jean Morose Viliena, what would it be? You have an envelope thanks to this organization and you have an envelope and a trophy and not forgetting that you have a word of respect for the champion, give him the honor he is due please ok?

Jeff:            04:14   I am saying good evening to everyone here whether they are fans of [I], whether they're fans of Athletico, or they are fans of Pale Cho or fans of {I}so Iam saying that I was in the competition [I] I'll say that a big thank you to  ok,the worker's foundation specialy mayor Jean Morose ok, I am saying ( he's interrupted by noises coming from the crowd),

         05:01 ( suddenly the atmosphere changes someone in the crowd shouts a stunning OH! and simultaneously the announcer looks to his left and the crowd  to their right. The motocycle rumbles and rumbles and sounds to be leaving the area, the crowd dissipates, everyone is running in different directions.  The recording is turned sideways then stops.