UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES OF AMERICA,          )
                                                    )        No. 1:23-cr-10074-FDS
        v.                                          )
                                                    )
JEAN MOROSE VILIENA,               )
        Defendant.                          )
_____)

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE ABOUT CIVIL TRIAL

Now comes the defendant, Jean Morose Viliena, before this Honorable Court and respectfully moves to prohibit the introduction of evidence about the trial in the civil matter, including the fact thereof, and any legal determinations made. As reasons and grounds therefor, Mr. Viliena states that evidence about the civil trial is inadmissible, not probative of any issue at trial, and would have a prejudicial effect on the jury or fact finder far outweighing any purported probative value. See Fed. R. Evid. 401, 403, 404. "Rule 403 states that a 'court may exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.'" United States v. Symonevich, 688 F.3d 12, 22–23 (1st Cir. 2012), quoting Fed. R. Evid. 403. "For purposes of Rule 403, 'unfair prejudice' occurs where there is 'an undue tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one.'" Id., quoting Fed. R. Evid. 403 advisory committee's note.

The defendant states that notwithstanding any evidentiary grounds for excluding the bad acts evidence, it should also be excluded to protect the defendant's rights to due process and to a fair trial as guaranteed by the Fourteenth Amendment to the United States Constitution and Article XII of the Declaration of Rights to the Constitution of the Commonwealth of Massachusetts. The

Court should exercise its right to exclude said evidence in order to assure a fair trial.  The defendant

requests that the Commonwealth be instructed to inform each of its witnesses about this Court's

order and that they be instructed to not discuss such evidence.

Respectfully Submitted,

**Jean Morose Viliena**

by his attorney,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Maguire, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

DATED:  February 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served upon counsel for the United
States via the CM/ECF filing system.

*/s/ Jason Benzaken*

DATED:  February 19, 2025