UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JEAN MOROSE VILIENA, )<br>    Defendant. )<br>) | No. 1:23-cr-10074-FDS |

## DEFENDANT'S MOTION TO SEQUESTER

Now comes the defendant, Jean Viliena, before this Honorable Court, and respectfully moves this Court to order all witnesses sequestered during trial so that each person's testimony is not affected by that of the others.

Respectfully Submitted,

**Jean Morose Viliena**

by his attorney,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Maguire, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

DATED: March 16, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion has been served upon the parties and counsel for the United States by CM/ECF.

                                                */s/ Jason Benzaken*
                                                Jason Benzaken

Dated:  March 16, 2025